

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 05, 2015
Case Number WR-82,410-01
WEIR, COLTON
COA No. 12-06-408-CR   Tr. Ct. No. F13667-2006-A
Nacogdoches County, 420th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _Luetta Cammack_ ,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on _1/8/2015_ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**